*Chambers of*
*Richard L. Voorhees*

*Telephone 704.350.7442*



August 2, 2006

Honorable Ortrie D. Smith
Chair
Judicial Conference Of The United States
Committee On Financial Disclosure
One Columbus Circle, N. E.
Washington, D. C. 20544

Re: Reply to July 7, 2006 Letter

Dear Judge Smith:

Thank you for your letter of July 7, 2006.

You asked that I respond concerning Part VII, page 5, lines 24 and 26 and page 7, line 56, of my 2005 report.

For line 24, Vanguard International Growth Fund, Column B(1) should show "A," and Column B(2) should show "Dividend."

For line 26, Vanguard Morgan Growth Fund, Column B(1) should show "A," and Column B(2) should say "Dividend."

For line 56, Nextel, Column B(1) should say "A," and Column B(2) should say "Dividend."

You asked that I respond concerning Part VII, line 8 in the 2004 report, which listed "Live Oak General MM Fund", but that fund was not listed in the 2005 report. This item has to do with the particular fund into which this brokerage account "swept" dividends from the various stocks held in the account from the 2002 report through the 2005 report. On further review, I provide the following amendment:

In 2002, the former broker, IJL/Wachovia, merged into Wachovia Securities and transferred on 6-17-02 the "sweep" MM Fund from Live Oak General MM Fund to Evergreen MM Fund. So the 2002 report, Part VII, page 1, line 8, should have shown

blanks in Column C and in Column D: (1) "transfer out;" (2) "6-17-02;" (3) "K;" (4) "A;" (5) "Evergreen MM Fund , transferee." A new line 8(a)(1) should have been inserted showing in Column A: "(a)(1) Evergreen MM Fund"; in Column B: (1) "A"; (2) "Dividend", and in Column C: (1) "K;" (2) "T", and in Column D: (1) "transfer from Live Oak MM Fund"; (2) "June 17, 2002"; (3) "K"; (4) "A", and (5) "Live Oak MM Fund, transferor".

Then the 2003 report, Part VII, page 1, line 8, should be amended to show in Column A: "Evergreen MM Fund." (Other columns remain the same)

Then the 2004 report, Part VII, page 1, line 8, should likewise be amended to show in Column A: "Evergreen MM Fund." (Other columns remain the same)

Then the 2005 report, Part VII, page 4, line (8)(a) should be amended to show in Column A: "Evergreen MM Fund", and in Column B: (1) "A"; (2) "Dividend"; Column C: blanks, and in Column D: (1) "transfer out"; (2) "5-5-05"; (3) "J"; (4) "T"; (5) "Wachovia Bank Sweep Deposit Account, transferee". A new line 8(a)(1) should be added to show in Column A: (a)(1) Wachovia Bank Sweep Account." Other columns remain the same as the original line 8(a) except Column D: (1) should say "transfer from Evergreen MM Fund".

You asked that I respond concerning Part VII, line 12 of the 2004 report, which listed "Cisco Systems, Inc." but that holding was not listed in the 2005 report. On further review, I provide the following amendment:

The 2002 report, Part VII, page 1, line 12, should have blanks in Column C, and add in Column D: (1) "sell;" (2) "12-30-02;" (3) "J;" (4) "A;" (5) [blank].

Then the 2003 report, Part VII, page 1, line 12(e), concerning Cisco Systems, should be deleted entirely.

Then the 2004 report, Part VII, page 1, line 12(e), concerning Cisco Systems, Inc. should be deleted entirely.

Thank you again for bringing these items to my attention. If any question remains, please do not hesitate to let me know.

Very truly yours,



Richard L. Voorhees
United States District Court

RLV/tjg

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Voorhees, Richard L | 2. Court or Organization<br><br>District Court-North Carolilna | 3. Date of Report<br><br>04/28/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>250 U.S. Courthouse<br>401 West Trade Street<br>Charlotte, NC 28202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Group IRA-Individual assets: | C | Dividend | L | T | | | | | |
| 2. a) Vanguard Windsor II | | | | | Buy | 8/1 | J | A | |
| 3. b) Vanguard Morgan Growth | | | | | Sell All | 8/1 | J | A | |
| 4. c) Vanguard Wellington Fund- IRA | | | | | Sell Part | 8/1 | K | A | |
| 5. d) Capital Opportunity Fund | | | | | Sell Part | 8/1 | K | A | |
| 6. e) Strategic Equity formerly Aggressive Growth Fund | | | | | Buy | 8/1 | K | A | |
| 7. Wachovia Securties | | | | | | | | | |
| 8. a) Wachovia Bank Sweep Deposti Acct. | A | Dividend | J | T | Buy | 5/5 | J | | |
| 9. b) Intel Corp | A | Dividend | J | T | Sell | 2/16 | J | A | |
| 10. c) Wachovia Corp. 2nd New | A | Dividend | K | T | Merger So.Tr | 11/1 | K | A | Formerly South Trust |
| 11. d) Citigroup, Inc | A | Dividend | J | T | | | | | |
| 12. e) Sector SPDR TR Amex Tech. Select Index | A | Dividend | K | T | Buy | 11/28 | J | A | |
| 13. f) Royal Bank of Canada | A | Dividend | J | T | Sell | 2/16 | J | A | |
| 14. g) Walt Disney CO. Holding Co. | A | Dividend | J | T | Sell | 2/16 | J | A | |
| 15. Vanguard Prime Portfolio VmmR | A | Dividend | L | T | Added/Sold | 3/23 | M | A | |
| 16. Wachovia | A | Interest | J | T | | | | | Checking/Savings Accts. |
| 17. Fidelity Cash Reserves | A | Dividend | J | T | Buy Monthly | | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Equity-Income Fund | B | Dividend | M | T | Div Reinv Qt | | J | | |
| 19. Southern Company | A | Dividend | J | T | Div Reinv Qt | | J | | |
| 20. Mountain Fed. Cr. Union (Checking/Savings) | A | Dividend | J | T | | | | | |
| 21. Rental Property-Gastonia, NC Appraisal 2003 for $68K | A | Rent | L | S | | | | | Appraisal per Gaston Cty. |
| 22. Vanguard Group-Individual Investments | | | | | | | | | |
| 23. Vanguard Prime Money Mkt Reserves | A | Dividend | J | T | | | | | |
| 24. Vanguard International Growth Fund | | | | | Sell All | 8/1 | J | A | |
| 25. Vanguard Windsor II Fund | A | Dividend | J | T | Buy | 8/1 | J | A | |
| 26. Vanguard Morgan Growth Fund | | | | | Sell All | 8/1 | J | A | |
| 27. Wachovia Sec. IRA rollover-Indiv. Assets | C | Dividend | M | T | | | | | |
| 28. Wachovia Bank Deposit Sweep All Acct. | A | Dividend | J | T | Buy | 5/4 | J | A | |
| 29. a) John Hancock Regional Bank Fund | | | | | Div. Rev. Qt | | J | | |
| 30. b) Bank of America Corp. | | | | | | | | | |
| 31. c) Dell Computer | | | | | | | | | |
| 32. d) Gillette Company | | | | | Exchanged | 10/5 | J | A | To Proctor & Gamble |
| 33. e) Proctor & Gamble | A | Dividend | J | T | Exchanged | 10/5 | J | A | From Gillette |
| 34. f) McDonalds Corporation | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. g) Wal-Mart Stores | | | | | | | | | |
| 36. h) Worldcom, Inc. GA. | | | | | Sell | 11/2 | J | A | |
| 37. i) Live Oak MM General Fund | | | | | Sell | 5/4 | J | A | To Evergreen MM Fd. |
| 38. j) Citigroup, Inc. | | | | | | | | | |
| 39. k) Family Dollar Stores | | | | | | | | | |
| 40. l) Lowes Companies, Inc. | | | | | | | | | |
| 41. m) AOL-Time Warner Corp. | | | | | | | | | |
| 42. n) Gerneral Electric Co. | | | | | | | | | |
| 43. o) IBM | | | | | | | | | |
| 44. p) Microsoft | | | | | | | | | |
| 45. Vanguard Group-R/O-IRA I | | | | | | | | | |
| 46. a) Vanguard Windsor II | B | Dividend | K | T | Buy More | 8/1 | J | | |
| 47. b) Vanguard US Growth | A | Dividend | J | T | | | | | |
| 48. c) Vanguard Total Stock Market Index Rollover IRA | A | Dividend | J | T | Buy More | 8/1 | J | | |
| 49. d) Vanguard Wellington | | | | | Sell All | 8/1 | K | | |
| 50. Touchstone Variable Annuity | | | | | Sell All | 1/31 | K | | |
| 51. Touchstone Variable Annuity | | | | | Sell All | 1/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bell South | A | Dividend | J | T | | | | | |
| 53. Wachovia Corporation | A | Dividend | J | T | Semi-Annual | | J | A | Non-Employee Compensation |
| 54. Bank of Asheville | A | Dividend | J | T | | | | | |
| 55. BB&T | A | Dividend | K | T | Sell Part | 12/12 | J | A | |
| 56. Nextel | | | | | Sold All | 11/1 | J | A | |
| 57. Royal Bank of Canada | A | Dividend | J | T | | | | | |
| 58. a) Vanguard Prime MoneyMkt Rollover IRA | B | Dividend | J | T | Sold Portion | 3/1 | L | A | |
| 59. b) Vanguard Wellington Fd R/O & Non-R/O IRA | B | Dividend | K | T | Buy More | 3/1 | J | B | |
| 60. c) Vanguard Asset Allocation Fd. R/O IRA | A | Dividend | J | T | Buy | 3/1 | J | A | |
| 61. d) Vanguard Total Stock Mkt. Index Fd. R/O IRA | B | Dividend | K | T | Buy | 3/1 | K | A | |
| 62. e) Vanguard GNMA Fd. R/O IRA | B | Dividend | K | T | Buy | 3/1 | K | A | |
| 63. Vanguard Group-Rollover-IRA II | | | | | | | | | |
| 64. a) Prime Money Market | | | | | Buy | 2/8 | K | | |
| 65. b)Prime Money Market | | | | | Buy | 2/8 | K | | |
| 66. c) Prime Money Market | | | | | Sold | 8/1 | J | | |
| 67. d) International Growth Investors | | | | | Buy | 8/1 | J | | |
| 68. e) International Value | | | | | Buy | 8/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. f) Prime Money Market | | | | | Sell | 11/25 | J | | |
| 70. g) International Growth | | | | | Buy | 11/25 | J | | |
| 71. h) International Value | | | | | Buy | 11/25 | J | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date ___4-28-06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544